

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-12-00513-CV

| | | |
|---|---|---|
| Allen Maki | § | From the 233rd District Court |
| | § | of Tarrant County (233-520727-12) |
| v. | | |
| | § | August 15, 2013 |
| Beverly Anderson | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM